IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PIYUSH MATHEW,<br><br>Defendant. | CR-23-19-BU-DLC<br><br>ORDER |

Defendant Piyush Mathew has filed an Unopposed Motion to Appear Via Videoconference at Arraignment. Accordingly, and good cause appearing,

IT IS ORDERED that the Defendant is permitted to appear via videoconference at the arraignment on December 18, 2023, at 1:30 p.m. Mountain Standard Time.

DATED this 6th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge